Jonathan Weissglass (SBN 185008)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: jweissglass@altshulerberzon.com

J. Gerard Stranch, IV (BPR#023045), *pro hac vice application forthcoming*
Benjamin A. Gastel (BPR#0028699), *pro hac vice application forthcoming*
Michael Isaac Miller (SBN 266459)
BRANSTETTER, STRANCH
 & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: 615-254-8801
Facsimile:  615-255-5419
E-mail: gerards@bsjfirm.com
E-mail: beng@bsjfirm.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CRYSTAL KAO, individually and on behalf of herself and all others similarly situated; and<br><br>NINA BARWICK, individually and on behalf of herself and all others similarly situated,<br><br>            Plaintiffs,<br><br>        v.<br><br>ABBOTT LABORATORIES INC., an Illinois corporation d/b/a Abbott Nutrition,<br><br>         Defendant. | Civil No.<br><br>**CLASS ACTION COMPLAINT DEMAND FOR JURY TRIAL**<br><br>1.  Violations of Magnuson-Moss Warranty Act, 15 U.S.C. § 2301<br>2.  Violations of California Bus. & Prof. Code § 17200 *et seq.*<br>3.  Violations of California Bus. & Prof. Code § 17500 *et seq.*<br>4.  Violations of California Civil Code § 1750 *et seq.*<br>5.  Breach of Express Warranty<br>6.  Violation of Song-Beverly Consumer Warranty Act, Cal. Civ. Code §§ 1792 *et seq.*<br>7.  Negligence<br>8.  Negligent Misrepresentation<br>9.  Common Counts and Unjust Enrichment<br>10. Violation of Tennessee Consumer Protection Act, Tenn. Code Ann. § 47-18-104(b) |

1    Plaintiffs (as defined below), individually and on behalf of all others similarly situated,

2  upon personal knowledge and information and belief, and based upon the investigation made by

3  their attorneys, which included a review of public statements and information disseminated by

4  Defendant Abbott Laboratories Inc. ("Abbott" or the "Defendant") and others, as well as

5  independent testing lab results, hereby allege as follows:

6                               **INTRODUCTION**

7    1.    This consumer class action concerns deceptive and unfair business practices by

8  Defendant Abbott in the advertisement and sale of its Similac Advanced Non-GMO baby

9  formula ("Similac Non-GMO").  As set forth below, Defendant has wrongfully and unfairly

10  deceived the public and its customers by misrepresenting Similac Non-GMO as containing no

11  genetically modified organisms ("GMOs").  As independent testing lab results show at different

12  times and across several lots and geographic areas, Similac Non-GMO contains GMOs.

13    2.    Abbott uniformly represented that Similac Non-GMO was free of GMOs and

14  places this representation prominently on the package label for all Similac Non-GMO products.

15  Abbott's representation is and was false. Abbott misrepresented or failed to disclose material

16  facts about the content of Similac Non-GMO in that it contains GMOs.

17    3.    Tests from across the country from different periods of time and from different

18  product lots show that Similac Non-GMO contains GMOs.

19    4.    As Abbott had anticipated, consumers who look for and purchase GMO-free

20  products, especially products for babies and infants, care greatly about the lack of GMOs in their

21  food, and this is a material reason that customers choose Similac Non-GMO as opposed to other

22  Similac lines of products (including the organic and standard formulas).

23    5.    As a result of Defendant's misrepresentations, Plaintiffs and Class members who

24  purchased the Similac Non-GMO have suffered harm. This action seeks compensatory, statutory,

25  and punitive damages, as well as declaratory, injunctive, and all other relief allowed in equity and

26  law.

27                                  **PARTIES**

28    6.    Plaintiff Crystal Kao ("Plaintiff Kao") is and was at all relevant times, a resident

of San Francisco, California. During the Period of Contamination (defined below), Plaintiff Kao purchased Similac Non-GMO at numerous retail outlets in California.  Plaintiff Kao paid for Similac Non-GMO and saw and noticed the marketing indicating that Similac Non-GMO was marketed as containing no GMOs.  Plaintiff Kao purchased Similac Non-GMO to feed her baby and did so because she did not want to feed her baby formula containing GMOs.

7.      Plaintiff Nina Barwick ("Plaintiff Barwick" and collectively with Plaintiff Kao, the "Plaintiffs") is and was at all relevant times, a resident of Nashville, Tennessee.  During the Period of Contamination (defined below), Plaintiff Barwick purchased Similac Non-GMO at numerous retail outlets in Tennessee.  Plaintiff Barwick paid for the Similac Non-GMO and saw and noticed the marketing indicating that Similac Non-GMO was marketed as containing no GMOs.  Plaintiff Barwick purchased Similac Non-GMO because she thought it did not contain GMOs.  Plaintiff Barwick purchased Similac Non-GMO to feed her baby; she did not want to feed her baby formula containing GMOs.

8.      Defendant Abbott Laboratories Inc. is a Delaware corporation and is headquartered at 100 Abbott Park Rd., Abbott Park, IL 60064-3500 ("Abbott" or "Defendant"). At all relevant times, Abbott was engaged in the business of marketing, distributing, and selling consumer nutritional products, including Similac Non-GMO, in the States of California and Tennessee and elsewhere.  Upon information and belief, Abbott sells Similac Non-GMO and other Similac products under the assumed name Abbott Nutrition.  Abbott may be served via its Registered Agent for service which is CT Corporation System, 818 W 7th St., Ste 930, Los Angeles CA 90017.

9.      Whenever this Complaint refers to any act or acts of Defendant, the reference shall be deemed to mean that the directors, officers, employees, affiliates, or agents of the responsible Defendant authorized such act while actively engaged in the management, direction, or control of the affairs of Defendant, and each of them, and/or by persons who are the parents or alter egos of the Defendant while acting within the scope of their agency, affiliation, or employment.

**JURISDICTION AND VENUE**

10.   **Jurisdiction.**   This Court has jurisdiction over this action and the Defendant pursuant to 28 U.S.C. § 1332 in that Plaintiffs are residents of California and Tennessee and Defendant is a resident of Delaware and Illinois and the amount in controversy exceeds $75,000. This Court has additional jurisdiction over this case in that one or more of Plaintiffs' causes of action "aris[e] under the…laws…of the United States" as that term is used in 28 U.S.C. § 1331 and the Court may exercise supplemental jurisdiction under 28 U.S.C. § 1367 over Plaintiffs' remaining state law claims.

11.   **Venue.**   Venue is proper in this Court pursuant to 28 U.S.C. § 1391 in that a substantial part of the events or omissions giving rise to the claims occurred in this jurisdiction. Further, Abbott is authorized to do business in the State of California and maintains several offices in this judicial district including the head offices of its Diabetes Care division (in Alameda), its Abbott Diagnostics division (in Santa Clara), and its Vascular Devices division (in Santa Clara).

12.   **Intradistrict assignment.**   Assignment is proper to the San Francisco Division because Plaintiff Kao is, and was at all relevant times, a resident of San Francisco, California, and purchased Similac Non-GMO many times in San Francisco.

**CLASS ACTION ALLEGATIONS**

13.   Plaintiffs bring this class action pursuant to Rule 23(a) and Rule 23(b)(3) and seek certification of the class and subclasses identified below.

14.   Plaintiffs bring this class action on behalf of the following national class (the "National Class"):

> All persons who purchased Similac Non-GMO from any retail outlet in the United States or who resided in the United States at the time they made online purchases of Similac Non-GMO. Excluded from the Class are the Defendant, its officers and directors at all relevant times, members of immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which the Defendant has or had a controlling interest.

15.   Plaintiff Kao brings her claims on her own behalf, and on behalf of the following

class (the "California Subclass"):

> All persons who purchased Similac Non-GMO from any retail outlet in the State of California or who resided in California at the time they made online purchases of Similac Non-GMO. Excluded from the Class are the Defendant, its officers and directors at all relevant times, members of immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which the Defendant has or had a controlling interest.

16.    Plaintiff Barwick brings her claims on her own behalf, and on behalf of the following class (the "Tennessee Subclass," and collectively with the California Subclass and the National Class, the "Classes"):

> All persons who purchased Similac Non-GMO from any retail outlet in the State of Tennessee or who resided in Tennessee at the time they made online purchases of Similac Non-GMO. Excluded from the Class are the Defendant, its officers and directors at all relevant times, members of immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which the Defendant has or had a controlling interest.

17.    Plaintiffs reserve the right to amend or modify the National Class, the California Subclass, or the Tennessee Subclass definition in connection with a Motion for Class Certification or as the result of discovery.

18.    This class action is properly brought as a class action for the following reasons. The Class is so numerous that joinder of the individual members of the proposed Class (the "Class Members") is impracticable. At a minimum, the Classes include thousands of persons geographically dispersed throughout the country, the State of California, and/or the State of Tennessee. The number and identities of Class Members are unknown to Plaintiff, but can be ascertained through discovery, including into retailers' records of sales, and published notice.

19.    Plaintiffs do not anticipate any difficulties in the management of this action as a class action. The Classes are ascertainable and there is a well-defined community of interests in the questions of law and fact alleged because the rights of each Class Member were infringed or violated in similar fashion based upon Defendant's misconduct. Notice can be provided through records and publication, the cost of which is properly imposed upon the Defendant.

20.    Questions of law or fact common to the Classes exist as to Plaintiffs and all Class

Members, and these common questions predominate over any questions affecting only individual members of the Classes. Among the common questions of law and fact are the following:

    a.    Whether Similac Non-GMO contains GMOs;

    b.    Whether Defendant knew or should have known that Similac Non-GMO contains GMOs;

    c.    Whether Defendant misrepresented that Similac Non-GMO had characteristics, uses, or benefits that it does (did) not have;

    d.    Whether Defendant's representations about the ingredients of Similac Non-GMO were false, misleading or likely to deceive;

    e.    Whether Defendant failed to disclose material facts about Similac Non-GMO;

    f.    The scope of any express or implied warranties made by Defendant;

    g.    Whether Defendant was unjustly enriched by its sale of Similac Non-GMO;

    h.    The appropriate nature of class-wide equitable relief; and

    i.    The amount of restitution and/or measure of damages to award to Plaintiffs and the Classes.

21.    Defendant engaged in a common course of conduct giving rise to the legal rights sought to be enforced by Plaintiffs and the Class Members. Common questions of law and fact predominate over any individual questions that may arise.

22.    The injuries sustained by Plaintiffs and the Classes flow, in each instance, from a common nucleus of operative facts – Defendant's misconduct in wrongfully and unfairly deceiving the public and its customers by misrepresenting the ingredients of Similac Non-GMO in Defendant's advertisement and sale of its Similac Non-GMO despite its knowledge that these products contained GMOs.

23.    Plaintiffs' claims are typical of the claims of the Classes they seek to represent. Defendant's uniform, material misrepresentations and omissions and its use of unfair and deceptive business practices in the marketing and sale of its Similac Non-GMO apply equally to

Plaintiffs and all Class Members. Moreover, the defenses, if any, that will be asserted against Plaintiffs' claims are typical of the defenses, if any, that will be asserted against the Class Members' claims.

24.     Plaintiffs will fairly and adequately protect the interests of the Classes. Plaintiffs have no interests adverse to the interests of the Classes and have retained counsel with significant experience in the prosecution of class actions and complex litigation, including consumer litigation, and who will vigorously prosecute this action.

25.     A class action is superior to other available methods for the fair and efficient adjudication of this controversy, and individual joinder of all Class Members is impracticable, if not impossible, because the massive number of Class Members are scattered throughout the United States, California and/or Tennessee. Moreover, the cost to the court system of such individualized litigation would be substantial. Individualized litigation would likewise present the potential for inconsistent or contradictory judgments and would result in significant delay and expense to all parties and courts hearing virtually identical lawsuits. By contrast, the conduct of this action as a class action would present fewer management difficulties, conserve the resources of the parties and the courts, and protect the rights of each Class Member and maximize recovery to them.

26.     Defendant has acted on grounds generally applicable to the entire Classes, thereby making final injunctive relief or corresponding declaratory relief appropriate with respect to the Classes as a whole.

## FACTUAL ALLEGATIONS

### Abbott Develops And Markets Similac Non-GMO

27.     Abbott manufactures, markets, and sells several lines of infant formula. Its flagship formula is Similac Advance. Similac Advance is the top commercial baby formula brand in the United States, and Abbott claims it is "designed to be closer than ever to breast milk." Consumers can purchase Similar Advance in its regular formulation, and its organic formulation.

28.     In or around May 2015, Defendant Abbott began marketing and selling Similac

Non-GMO. Prior to that, Abbott did not manufacture a non-GMO version of any of its baby formulas. At the time of its launch, the general manager of Abbott's pediatric nutrition business stated: "We listen to moms and dads, and they've told us they want a non-GMO option. We want to make sure we meet the desires of parents." In accordance with this statement, Abbott began marketing Similac Non-GMO formulation in or around May 2015.

29.     A GMO is an organism whose genetic material has been altered in a way that does not occur in nature, typically by scientists introducing new features to the organism that would not naturally occur without scientific, genetic manipulation.

30.     American, and specifically Californian, consumers increasingly and consciously seek out non-GMO foods. Consumers value the "Non-GMO" or "No-GMO" food labels for a myriad of reasons, including perceived benefits to health and well-being, helping the environment, assisting local and family owned farms, and assisting factory workers who would otherwise be exposed to synthetic and hazardous substances.

31.     Abbott launched the Similac Non-GMO formulation of its popular Advanced baby-formula to capture this market. Similac Non-GMO's packaging prominently displays the "NON-GMO" claim. On the face of this package Abbott represents that "Non-GMO" means: "Ingredients not genetically engineered." A picture of the Similac Non-GMO's packaging for all times relevant to the Complaint is as follows:



CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

32.     All customers who purchase Similac Non-GMO are exposed to these representations, which is a material reason they purchase this product.  Otherwise, customers could choose the organic or regular formulations for Similac Advance. These other versions retail for less than Similac Non-GMO.

33.     Abbott also promotes Similac Non-GMO on its website.  Abbott claims that Similac Non-GMO is a "non-GMO option for your baby's first year" and that Similac Advance is the "first leading infant formula brand labeled non-GMO with the nourishment that you've come to expect from Similac."  On this same website Abbott represents that "non-GMO" means: "Ingredients not genetically engineered."

34.     On its packaging and on its website Abbott represents the following regarding Similac Non-GMO:

**Contains milk and soy ingredients.**

Nonfat Milk, Lactose, Whey Protein Concentrate, High Oleic Safflower Oil, Soy Oil, Coconut Oil, Galactooligosaccharides. Less than 2% of: C. Cohnii Oil, M. Alpina Oil, Beta-Carotene, Lutein, Lycopene, Potassium Citrate, Calcium Carbonate, Ascorbic Acid, Soy Lecithin, Potassium Chloride, Magnesium Chloride, Ferrous Sulfate, Choline Bitartrate, Choline Chloride, Ascorbyl Palmitate, Salt, Taurine, m-Inositol, Zinc Sulfate, Mixed Tocopherols, d-Alpha-Tocopheryl Acetate, Niacinamide, Calcium Pantothenate, L-Carnitine, Vitamin A Palmitate, Cupric Sulfate, Thiamine Chloride Hydrochloride, Riboflavin, Pyridoxine Hydrochloride, Folic Acid, Manganese Sulfate, Phylloquinone, Biotin, Sodium Selenate, Vitamin D3, Cyanocobalamin, Calcium Phosphate, Potassium Phosphate, Potassium Hydroxide, and Nucleotides (Adenosine 5'-Monophosphate, Cytidine 5'-Monophosphate, Disodium Guanosine 5'-Monophosphate, Disodium Uridine 5'-Monophosphate).

35.     Abbott sold and sells Similac Non-GMO in retail stores throughout the country, and it can be purchased online through popular websites like Amazon.com, Walmart.com, and Target.com.

36.     Abbott's conduct in marketing Similac Non-GMO as containing ingredients that are not genetically engineered deceived and/or was likely to deceive the public, and Plaintiff Kao and Plaintiff Barwick.  Abbott deceived consumers into believing that the listed ingredients were not genetically engineered.

**Similac Non-GMO Contains GMOs**

37.     Testing of Similac Non-GMO has shown the presence of genetically modified soy, specifically the presence of GTS-40-3-2 Soy, in different lots purchased in different locations, including in California and Tennessee, at different times.  According to the Center for Environmental Risk Assessment's database, GTS-40-3-2 Soy is a genetically engineered version of soy developed by Monsanto that has been altered to be glyphosate herbicide tolerant, and the specific trait introduced was a microparticle bombardment of plant cells or tissue.  In plain terms, GTS-40-3-2 is a soybean line developed to allow for the use of Monsanto's Roundup® herbicide.  In other words, GTS-40-30-2 is a GMO.  Testing results are attached as Exhibit 1.

38.     On information and belief, no significant process changes, vendor changes, or supply-chain changes occurred in the production of Similac GMO from the inception of the product to the market through the present.  Therefore, it can be assumed that all formulations of Similac Non-GMO contain this same presence of GTS-40-3-2 Soy, and the period of contamination is from product launch through the present (the "Period of Contamination")

39.     Plaintiff Kao purchased Similac Non-GMO during the Period of Contamination.  One batch of Similac Non-GMO that Plaintiff Kao purchased was tested in March 2017.  Testing revealed the presence of GTS 40-3-2 Soy.

40.     Plaintiff Barwick purchased Similac Non-GMO during the Period of Contamination.   One batch of Similac Non-GMO that Plaintiff Barwick purchased was tested in November 2016. Testing revealed the presence of GTS 40-3-2 Soy.

41.     All conditions precedent to the maintenance of this action have been satisfied.

**FIRST CAUSE OF ACTION**

**Violations of Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq*. Asserted by Plaintiffs Individually and On Behalf Of The National Class and/or Alternatively By Plaintiff Kao On Behalf Of The California Subclass and Plaintiff Barwick On Behalf Of The Tennessee Subclass**

42.     Plaintiffs incorporate by reference all of the above allegations as if set forth herein.

43.     Plaintiffs and all Class Members are consumers as defined in 15 U.S.C. § 2301(3).

44. Defendant is a supplier and warrantor as defined in 15 U.S.C. § 2301(4)(5).

45. Similac Non-GMO is a consumer product as defined in 15 U.S.C. § 2301(6).

46. Defendant's claims that Similac Non-GMO contains "ingredients not genetically engineered" is a Written warranty as that term is used in 15 U.S.C. § 2301(6), and by selling Plaintiffs and Class Members Similac Non-GMO that contains GMOs, Defendant breached this written warranty.

47. The Plaintiffs have given Abbott notice of their intent to file suit on behalf of a cognizable class.  A copy of this pre-suit notice letter is attached as Exhibit 2.

48. In its response, Abbott denied the claims in this notice, denied that Similac Non-GMO contains GMOs, and did not agree to take any action to correct or replace Plaintiffs' defective products or inform members of the Classes of the defect.

49. By reason of Defendant's breach of its written warranty, Defendants have violated statutory rights due Plaintiffs and the Classes pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301 et. seq., thereby damaging Plaintiffs and the Class.

## SECOND CAUSE OF ACTION

**Violations of California Bus. & Prof. Code §§ 17200 *et seq*. Asserted by Plaintiff Kao Individually and On Behalf Of The California Subclass Against Defendant Abbott**

50. Plaintiff Kao incorporates by reference all of the above allegations as if set forth herein.

51. Abbott's practices as alleged in this Complaint constitute unlawful and unfair business acts and practices under California's Unfair Competition Law ("UCL"), Bus. & Prof. Code §§ 17200 *et seq*.

52. Abbott violated, and continues to violate, California Business and Professions Code §§ 17200 *et seq*., by misrepresenting that the ingredients in Similac Non-GMO are not genetically engineered when the product contains genetically engineered ingredients.

53. By engaging in the above-described acts and practices, Defendant has committed one or more acts of unfair competition within the meaning of Bus. & Prof. Code §§ 17200 *et seq*.

54. Defendant committed "unlawful" business acts and practices by:

(a)     Engaging in conduct that violated California's Bus. & Prof. Code §§ 17500 *et seq.*;

(b)     Engaging in conduct that violates California's Consumer Legal Remedies Act, Civil Code §§ 1750 *et seq.*;

(c)     Engaging in conduct that violates California's Song-Beverly Consumer Warranty Act, Civil Code §§ 1792 *et seq.*;

(d)     Engaging in conduct that violates California's Sherman Food, Drug, and Cosmetic Law, Health & Safety Code § 109875 *et seq.*;

(e)     Breaching express warranties; and

(f)     Engaging in negligent conduct and misrepresentations.

55.     Defendant committed "unfair" business acts and practices by:

(a)     Engaging in conduct where the utility of such conduct, if any, is outweighed by the gravity of the consequences to Plaintiff Kao and to other Class Members;

(b)     Engaging in conduct that is immoral, unethical, oppressive, unscrupulous, or substantially injurious to Plaintiff Kao and to other Class Members; and

(c)     Engaging in conduct that undermines or violates the spirit or intent of the consumer protection laws detailed herein.

56.     Specifically, Abbott engaged in "unfair" business acts and practices by misrepresenting the actual ingredients of its Similac Non-GMO.

57.     Abbott's misrepresentation of the ingredients of its Similac Non-GMO formulation was likely to deceive the public and wrongfully constituted a fraudulent business practice.

58.     Plaintiff Kao and California Class Members have suffered injury in fact and have lost money and property as a result of Defendant's unlawful, unfair, and fraudulent practices, in that, among other things:

(a)     Defendant's misrepresentations are a material reason they

purchased Similac Non-GMO and paid the price that they did; and

(b)     Plaintiff Kao and Class Members were denied their right to receive property free from defect.

59.     The unlawful, unfair, and fraudulent conduct described herein is ongoing and continues to this date. Plaintiff Kao and California Class Members seek declaratory and injunctive relief, restitution, and disgorgement of all profits obtained by Defendant from the misrepresentations alleged herein and other relief as appropriate.

## THIRD CAUSE OF ACTION

**Violations of California Bus. & Prof. Code §§ 17500 *et seq*. Asserted by Plaintiff Kao Individually and On Behalf Of The California Subclass Against Defendant Abbott**

60.     Plaintiff Kao incorporates by reference all of the above allegations as if set forth herein.

61.     Defendant's acts and practices as described herein have deceived and are likely to deceive members of the Class and the public. Abbott has spent millions of dollars to advertise Abbott's Similac Non-GMO. Abbott uniformly advertises Similac Non-GMO as containing "ingredients not genetically engineered" when this product actually contains ingredients that are genetically engineered.

62.     By its actions, Abbott is disseminating uniform advertising concerning its products and services, which advertising, by its nature, is unfair, deceptive, untrue, or misleading, within the meaning of California Business & Professions Code §§ 17500 *et. seq*. Such advertisements are likely to deceive, and continue to deceive, the consuming public for the reasons detailed above.

63.     The above-described false, misleading, and deceptive advertising Abbott disseminated continues to have a likelihood to deceive in that Abbott has failed to disclose the true and actual ingredients of the Similac Non-GMO.  Abbott has failed to conduct a public information campaign to alert consumers of these deficiencies, which continues to create a misleading perception of Similac Non-GMO as not containing ingredients that are genetically engineered.

64.     In making and disseminating the statements alleged herein, Abbott should have known its advertisements were untrue and misleading, in violation of California Business & Professions Code §§ 17500 *et seq*. Defendant's misrepresentations and omitted material facts are a material reason Plaintiff Kao and the Class Members purchased Similac Non-GMO. The revenues to Abbott attributable to products sold in those false and misleading advertisements amount to millions of dollars for Similac Non-GMO. Plaintiff Kao was injured in fact and lost money or property as a result.

65.     The misrepresentations and non-disclosures by Abbott of the material facts detailed above constitute false and misleading advertising and therefore constitute a violation of California Business & Professions Code §§ 17500 *et. seq*.

66.     As a result of Abbott's wrongful conduct, Plaintiff Kao and Class Members request that the Court cause Abbott to restore money to them, and enjoin Abbott from continuing to violate California Business & Professions Code §§ 17500 *et. seq*.

67.     Defendant's conduct as alleged herein is ongoing and continues to this date.

## FOURTH CAUSE OF ACTION

**Violations of California Civil Code § 1750 *et seq*.  Asserted by Plaintiff Kao Individually and On Behalf Of The California Subclass Against Defendant Abbott**

68.     Plaintiff Kao incorporates by reference all of the above allegations as if set forth herein.

69.     This cause of action is brought pursuant to the Consumers Legal Remedies Act ("CLRA").  Defendant's actions, representations, and conduct have violated, and continue to violate, the CLRA in that Defendant's actions extend to transactions that are intended to result, and have resulted, in the sale of goods or services to consumers.

70.     Defendant sold Similac Non-GMO in California during the Period of Contamination.

71.     Plaintiff Kao and members of the California Subclass are "consumers" as that term is used in California Civil Code § 1761(d).

72.     Similac Non-GMO is a "good" within the meaning of California Civil Code § 1761(a).

73.     By engaging in the acts described herein, Defendant has violated and continues to violate California Civil Code § 1770(a)(5) in that Defendant is representing that its goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have.

74.     Specifically, by claiming that Similac Non-GMO contains "ingredients not genetically engineered" when it does contain genetically engineered ingredients, Similac has violated and continues to violate California Civil Code § 1770(a)(5).

75.     This material false and misleading misrepresentation also violates other portions of the CLRA including § 1770(a)(7), (a)(9), and (a)(16).

76.     Defendant's misrepresentation is a material reason Plaintiff Kao and the Class Members purchased Similac Non-GMO.

77.     Consequently, Plaintiff and the Class are entitled to actual and punitive damages against Defendants for their violations of the CLRA.  In addition, pursuant to California Civil Code § 1780(a)(2), Plaintiff and the Class are entitled to an order enjoining the above-described acts   and practices, providing restitution to Plaintiff and the Class, ordering payment of costs and attorneys' fees, and any other relief deemed appropriate and proper by the Court pursuant to California Civil  Code § 1780.

78.     On April 3, 2017, Plaintiff provided Defendant with the pre-suit notice contemplated by California Civil Code § 1782, a copy of which is attached as Exhibit 2.

79.     Defendant's violations of the CLRA were willful, oppressive, and fraudulent, and thus support the award of punitive damages.

## FIFTH CAUSE OF ACTION

**Breach of Express Warranty Asserted by Plaintiff Kao Individually and On Behalf Of The California Subclass Against Defendant Abbott**

80.     Plaintiff Kao incorporates by reference all of the above allegations as if set forth herein.

81.     Plaintiff Kao and Class Members purchased Similac Non-GMO and used the product for its ordinary and intended purpose.

82.     Similac Non-GMO cannot satisfy the express warranty of containing "ingredients not genetically engineered," and the related expected health and welfare benefits consumers expected to receive from using these products have not accrued.

83.     When Defendant placed Similac Non-GMO into the stream of commerce, it knew, reasonably should have known, or was obligated to understand that the intended and ordinary purpose of its representations was to encourage consumers to use Similac Non-GMO, as opposed to other formulas on the market that may contain GMOs.

84.     Abbott's advertisements that promised Similac Non-GMO contained "ingredients not genetically engineered" constitute a warranty that the product did not contain any GMOs. Similac Non-GMO is not fit for its warranted, advertised, ordinary, and intended purpose of providing a GMO-free baby formula.

85.     Plaintiff Kao and Class Members are entitled to damages as a result of such breaches.

## SIXTH CAUSE OF ACTION

**Violation of Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792 *et seq*.
Asserted by Plaintiff Kao Individually and On Behalf Of The California Subclass Against
Defendant Abbott**

86.     Plaintiff Kao incorporates by reference all of the above allegations as if set forth herein.

87.     Under California's Song-Beverly Consumer Warranty Act, Civil Code §§ 1792 et seq., every sale of consumer goods in the State of California is accompanied by both a manufacturer's and retail seller's implied warranty that the goods are merchantable.

88.     The defective Similac Non-GMO at issue is a "consumer good" within the meaning of California Civil Code § 1791(a).

89.     Abbott is a "manufacturer" within the meaning of California Civil Code § 1791(j).

90.     Plaintiff Kao bought at retail Similac Non-GMO in the State of California and at the time of sale Abbott was in the business of manufacturing and selling Similac Non-GMO.

91.     By operation of law, Abbott warranted to Plaintiff and all members of the California Subclass that Similac Non-GMO contained only "ingredients not genetically engineered" and this statement arose out of a sale to a consumer of a consumer good and such statement does not concern merely the value of the goods or an opinion or commendation of the goods, but is an express warranty which Abbott intended would form the benefit of the bargain for consumers that purchased Similac Non-GMO.  As a result this statement is an "express warranty" as that term is used in California Civil Code § 1791.2.

92.     Abbott breached this express warranty when it sold to Plaintiff Kao and the members of the California Subclass Similac Non-GMO that contained GMOs.

93.     As a proximate result of Abbott's breach of this express warrant, Plaintiff and all members of the California Subclass have sustained damages and other losses in an amount to be determined at trial.  Plaintiff and members of the California Subclass are entitled to recover damages as provided by statute, costs, attorneys' fees, rescission and other relief as is deemed appropriate.

## SEVENTH CAUSE OF ACTION

### Negligence Asserted by Plaintiff Kao Individually and On Behalf Of The California Subclass Against Defendant Abbott

94.     Plaintiff Kao incorporates by reference all of the above allegations as if set forth herein.

95.     Defendant undertook a duty to properly manufacture, design, test, produce, assemble, inspect, distribute, market, package, prepare for use, and sell Similac Non-GMO to function as advertised and represented.

96.     Similac Non-GMO was negligently tested, manufactured, built, and/or designed.

97.     Defendant breached its duty to properly manufacture, design, test, produce,

assemble, inspect, distribute, market, package, prepare for use, or sell, Similac Non-GMO to function as advertised.

98.     Defendant placed the defective Similac Non-GMO into the stream of commerce, knowing the product was to be purchased and used without inspection for defects by Plaintiff Kao and Class Members.

99.     Abbott took no steps to warn consumers that Similac Non-GMO contained ingredients that are genetically engineered.

100.     Plaintiff Kao and the Class used Similac Non-GMO without inspection.

101.     Plaintiff Kao and the Class were not aware of the defect at any time prior to their purchase of Similac Non-GMO.

102.     As a proximate result of Defendant's negligence, Plaintiff Kao and the Class suffered separate economic damages and loss from the purchase and use of Similac Non-GMO.

### EIGHTH CAUSE OF ACTION

**Negligent Misrepresentation Asserted by Plaintiff Kao Individually and On Behalf Of The California Subclass Against Defendant Abbott**

103.     Plaintiff Kao incorporates by reference all of the above allegations as if set forth herein.

104.     Abbott advertised Similac Non-GMO as containing "Ingredients not genetically engineered."

105.     Defendant had no reasonable grounds for believing that its representations were true because Abbott failed to consistently ensure it was able to produce Similac Non-GMO as free of GMOs, as advertised.

106.     In making these representations to Plaintiff Kao and the Class, Abbott intended to induce Plaintiff and Class Members to purchase Similac Non-GMO.

107.     At all times herein, Plaintiff Kao and Class Members were unaware of the falsity of Defendant's statements.

108.     Plaintiff Kao and Class Members reasonably acted in response to the statements made by Defendant when they purchased Similac Non-GMO.

109.    Plaintiff Kao and Class Members have been damaged and therefore request appropriate relief as described below.

### NINTH CAUSE OF ACTION

**Common Counts and Unjust Enrichment Asserted by Plaintiff Kao Individually and On Behalf Of The California Subclass Against Defendant Abbott**

110.    Plaintiff Kao incorporates by reference all of the above allegations as if set forth herein.

111.    Abbott is indebted to Plaintiff Kao and the Class for money had and received by Abbott and monies paid to Defendant or its agents at Abbott's insistence and request, by which Abbott has benefitted from its unlawful conduct in terms of receiving revenues and profits from Plaintiff Kao and the Class from the sale of the defective Similac Non-GMO, based on the misrepresentations and omissions detailed above. Abbott appreciated the benefit of the receipt of such excessive revenues and profits. Abbott has received this excessive revenue either directly or indirectly from Plaintiff Kao and Class Members.

112.    As a result of Abbott's deceptive and misleading promotion, advertising, marketing, and sale of the defective Similac Non-GMO, Abbott has been unjustly enriched at Plaintiff Kao's and Class Members' expense. Under the circumstances, it would be against equity and good conscience to permit Abbott to retain the ill-gotten benefits it received from Plaintiff Kao and other Class Members in light of the material fact that Similac Non-GMO was not what Abbott represented it to be.

113.    By virtue of equitable principles, Plaintiff Kao and other Class Members are entitled to a return of such monies and the establishment of a constructive trust consisting of the benefits conferred by Abbott customers in the form of the excessive revenues or profits derived from Abbott's wrongful sale of Similac Non-GMO, and the return of any monies by which Abbott was unjustly enriched to Plaintiff Kao and other Class Members.

**TENTH CAUSE OF ACTION**

**Violation of Tenn. Code Ann. § 47-18-104 Asserted by Plaintiff Barwick
Against Defendant Abbott**

114.    Plaintiff Barwick incorporates by reference all of the above allegations as if set forth herein.

115.    Defendant's acts and practices as described herein have deceived and/or are likely to deceive Plaintiff Barwick. Abbott has spent millions of dollars to advertise Abbott's Similac Non-GMO. Abbott uniformly advertises Similac Non-GMO as containing "ingredients not genetically engineered" when this product actually contains ingredients that are genetically engineered.  The promotional materials and representations disseminated by Abbott, which falsely claim that Similac Non-GMO does not contain GMOs, constitute deceptive trade or business practices, and the contents therein have knowingly caused, or are reasonably expected to cause, confusion or misunderstanding as to the contents of Similac Non-GMO.

116.    By its actions, Abbott is disseminating uniform advertising concerning its products and services, which advertising by its nature is unfair, deceptive, untrue, or misleading by:

    a.   Representing that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits or quantities that they do not have or that a person has a sponsorship approval, status, affiliation or connection that such person does not have;

    b.   Representing that goods or services are of a particular standard, quality or grade, or that goods are of a particular style or model, if they are of another; and

    c.   Advertising goods or services with intent not to sell them as advertised;

117.    The above-described false, misleading, and deceptive advertising was relied upon by Plaintiff Barwick when she purchased Similac Non-GMO.  Plaintiff Barwick was exposed to and subject to this tortious conduct and it caused Plaintiff Barwick harm.  Abbott has failed to conduct a public information campaign to alert consumers of these deficiencies, which continues

to create a misleading perception of Similac Non-GMO as not containing ingredients that are genetically engineered.  Abbott's conduct in fraudulently marketing Similac Non-GMO was a willful and knowing violation of the Tennessee Consumer Protection Act.

118.   Pursuant to Tenn. Code Ann. § 47-18-104(b) and 109, Plaintiff Barwick is entitled to and makes a claim for actual damages, incidental and consequential damages, punitive or treble damages, and attorney's fees and costs as a result of Abbott's unfair and deceptive conduct in falsely marketing its Similac Non-GMO.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs and all Class Members pray that the Court:

A.   Certify this action as a class action;

B.   Award all actual, direct, incidental, statutory, consequential, punitive and exemplary damages to be determined at trial;

C.   Grant appropriate injunctive and/or declaratory relief;

D.   Award pre- and post-judgment interest;

E.   Award attorney fees and costs of suit; and

F.   For such other and further relief the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all issues so triable.


Dated: May 15, 2017                    By:      */s/ Jonathan Weissglass*
                                                Jonathan Weissglass
                                                ALTSHULER BERZON LLP
                                                177 Post Street, Suite 300
                                                San Francisco, CA  94108
                                                Telephone: (415) 421-7151
                                                Facsimile: (415) 362-8064
                                                jweissglass@altshulerberzon.com

                                                J. Gerard Stranch, IV (BPR#023045, *pro hac vice application forthcoming*)
                                                Benjamin A. Gastel (BPR#028699, *pro hac vice application forthcoming*)

Michael Isaac Miller (SBN 266459)
BRANSTETTER, STRANCH
   & JENNINGS, PLLC
223 Rosa L. Parks Ave., Suite 200
Nashville, 37203
Telephone: 615/254-8801
Facsimile:  615/255-5419
gerards@bsjfirm.com
beng@bsjfirm.com
isaacm@bsjfirm.com

*Attorneys for Plaintiffs And The Putative Classes*

# EXHIBIT 1

# SeqTech Diagnostics - Report of Analysis

| | |
|---|---|
| Product Tested: | Similac Advantage Stage 1 NON-GMO |
| Product Claim: | "Ingredients not genetically engineered" |
| Product Lot: | 6058SHO-2041-356 |
| Product Source: | Amazon.com |
| Testing Performed: | Comprehensive GMO Screen |
| Date Completed: | October 6, 2016 |

## Sample Summary:

| Species Detected: | Modified Genes Detected: | GM Varieties Detected |
|---|---|---|
| Soy (Low) | p35s (TF)<br>CTP2-CP4-EPSPS (HT)<br>tNOS (TF) | GTS-40-3-2 Soy (4.52%) |

## Key:

Species Detected:  List of all plant species detected in the sample and their abundance in the sample.

> High = Top three most abundant ingredients.
> Medium = Key ingredient but not top 3
> Low = Detected at a low level but above the regulatory limit for listing as an ingredient.
> Trace = Detected at a very low level below the regulatory limit for listing.

Modified Genes Detected:  List of all synthetic genes detected and what each does.

> TF = Transcription Factor - Regulates the expression of other modified genes.
> HT = Herbicide Tolerance – Allows the plant to survive treatment with herbicides.
> PR = Pest Resistance – Enables the plant to produce chemicals that prevent pest infestation.
> DR = Drought Resistance – Improves physiology for surviving droughts
> OR = Other – Sterility, increased nutrient production, visual sex markers, etc.  Less common.

GM Varieties Detected:  List of all specific GMO varieties detected.

> GM (%) = The fraction of the ingredient that is genetically modified.  Regulatory bodies set limits for how much of the ingredient can be modified before it can no longer be considered non-GMO.  For example in Europe anything labelled Non-GMO must be below 0.9% modified.

# SeqTech Diagnostics - Report of Analysis

## Species Assayed:

| CROP SPECIES | STATUS | LEVEL |
|---|---|---|
| CANOLA | Not Detected | |
| CORN | Not Detected | |
| FLAX | Not Detected | |
| OATS | Not Detected | |
| POTATO | Not Detected | |
| RICE | Not Detected | |
| **SOY** | **Detected** | **Low** |
| SUGAR BEET | Not Detected | |
| WHEAT | Not Detected | |

## Common Modified Genes Assayed

| MODIFIED GENES | STATUS |
|---|---|
| *P35S* | **Detected** |
| *PAT* | Not Detected |
| *CRY1A(B)* | Not Detected |
| *P35S 2* | Not Detected |
| *CTP2-CP4-EPSPS* | **Detected** |
| *P35S-PAT* | Not Detected |
| *P-UBI-MCRY1AB/1AC* | Not Detected |
| *PNOS* | Not Detected |
| *TNOS* | **Detected** |
| *TNOS 2* | Not Detected |
| *BAR* | Not Detected |
| *P-FMV* | Not Detected |
| *CRR1AB/AC* | Not Detected |

# SeqTech Diagnostics - Report of Analysis

## Specific GMO Varieties Assayed:

| No. | GMO Variety | Status | Level |
|---|---|---|---|
| 1 | Canola T45 | Not Detected | |
| 2 | Canola Ms8 | Not Detected | |
| 3 | Canola Rf3 | Not Detected | |
| 4 | Canola GT73 | Not Detected | |
| 5 | Canola RF1 | Not Detected | |
| 6 | Canola RF2 | Not Detected | |
| 7 | Canola Topas 19/2 | Not Detected | |
| 8 | Canola 73496 | Not Detected | |
| 9 | Canola MON88302 | Not Detected | |
| 10 | Soy FG72 | Not Detected | |
| 11 | Soy MON 87769 | Not Detected | |
| 12 | Soy MON 87705 | Not Detected | |
| 13 | Soy A2704-12 | Not Detected | |
| **14** | **Soy GTS-40-3-2** | **Detected** | **4.52%** |
| 15 | Soy MON 89788 | Not Detected | |
| 16 | Soy A5547-127 | Not Detected | |
| 17 | Soy DP-305423-1 | Not Detected | |
| 18 | Soy DP-356043-5 | Not Detected | |
| 19 | Soy MON 87701 | Not Detected | |
| 20 | Soy CV127 | Not Detected | |
| 21 | Soy MON87708 | Not Detected | |
| 22 | Soy DAS-68416-4 | Not Detected | |
| 23 | Soy DAS-81419-2 | Not Detected | |
| 24 | Soy DAS-44406-6 | Not Detected | |
| 25 | Maize 5307 | Not Detected | |
| 26 | Maize MON 87427 | Not Detected | |
| 27 | Maize DAS-40278-9 | Not Detected | |
| 28 | Maize MON87460 | Not Detected | |
| 29 | Maize Bt11 2005 | Not Detected | |
| 30 | Maize GA21 2005 | Not Detected | |
| 31 | Maize NK603 2005 | Not Detected | |
| 32 | Maize MON863 | Not Detected | |
| 33 | Maize TC1507 | Not Detected | |
| 34 | Maize T25 | Not Detected | |

Similac Non-GMO Complaint Exhibit 1

# SeqTech Diagnostics - Report of Analysis

| 35 | Maize 59122 | Not Detected |
|----|-------------|--------------|
| 36 | Maize MIR604 | Not Detected |
| 37 | Maize GA21 2007 | Not Detected |
| 38 | Maize Bt11 2008 | Not Detected |
| 39 | Maize MON 88017 | Not Detected |
| 40 | Maize LY038 | Not Detected |
| 41 | Maize MON 89034 | Not Detected |
| 42 | Maize 3272 | Not Detected |
| 43 | Maize MON 810 | Not Detected |
| 44 | Maize 98140 | Not Detected |
| 45 | Maize MIR162 | Not Detected |
| 46 | Maize Bt176 | Not Detected |
| 47 | Rice LLRICE601 | Not Detected |
| 48 | Rice Bt63 | Not Detected |
| 49 | Rice LLRICE62 | Not Detected |
| 50 | Flax FP967 | Not Detected |
| 51 | Potato EH92-527-1 | Not Detected |
| 52 | Sugar Beet H7-1 | Not Detected |

**Test Methodology**

This test was developed and its performance characteristics we validated by SeqTech Diagnostics.  It consists of a proprietary procedure that includes custom polymerase chain reaction (PCR) and sequencing-by-synthesis (SBS) to detect specific DNA signatures that are unique to different animal and plant species and genetically modified organisms.  The test's limit-of-detection 0.01% of the total material tested.  Its accuracy, sensitivity and specificity are all >99.5% and were determined and validated using certified reference samples.

**Test Limitations**

Factors influencing the amount and quality of DNA extracted from samples include but are not limited to the amount of food material we receive, the collection technique and the presence of microbial sources of nucleic acids and nucleases.  DNA quality and quantity are subject to matrix dependent influences.  PCR inhibitors, extraneous DNA and nucleic acid degrading enzymes are all factors that can affect the results of the test.  Polymorphisms in the plants DNA can affect the efficiency of PCR.  DNA purity can also affect the assay.

**Legal disclaimer**

This analysis report reflects our finding on the sample tested only.  The content of this report does not verify shipment or refer to any consignment or other matters.

This Test Report shall not be reproduced except in full, without written consent.

This document is issued by the Company under its Terms of Service accessible at **https://www.holisticgenomics.com/terms-of-service/**.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.

Any other holder of this document is advised that information contained herein reflects the Company's findings at the time of its investigation only.   Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

# SeqTech Diagnostics - Report of Analysis

Product Tested:         Similac Advantage Stage 1 NON-GMO
Product Claim:          "Ingredients not genetically engineered"
Product Lot:            66753SHO-1416-168
Product Source:         Nashville Kroger
Testing Performed:      Comprehensive GMO Screen
Date Completed:         October 6, 2016

## Sample Summary:

| Species Detected: | Modified Genes Detected: | GM Varieties Detected |
|---|---|---|
| Soy (Low) | p35s (TF)<br>CTP2-CP4-EPSPS (HT)<br>tNOS (TF) | GTS-40-3-2 Soy (4.65%) |

## Key:

Species Detected:  List of all plant species detected in the sample and their abundance in the sample.

    High = Top three most abundant ingredients.

    Medium = Key ingredient but not top 3

    Low = Detected at a low level but above the regulatory limit for listing as an ingredient.

    Trace = Detected at a very low level below the regulatory limit for listing.

Modified Genes Detected:  List of all synthetic genes detected and what each does.

    TF = Transcription Factor - Regulates the expression of other modified genes.

    HT = Herbicide Tolerance – Allows the plant to survive treatment with herbicides.

    PR = Pest Resistance – Enables the plant to produce chemicals that prevent pest infestation.

    DR = Drought Resistance – Improves physiology for surviving droughts

    OR = Other – Sterility, increased nutrient production, visual sex markers, etc.  Less common.

GM Varieties Detected:  List of all specific GMO varieties detected.

    GM (%) = The fraction of the ingredient that is genetically modified.  Regulatory bodies set limits for how much of the ingredient can be modified before it can no longer be considered non-GMO.  For example in Europe anything labelled Non-GMO must be below 0.9% modified.

# SeqTech Diagnostics - Report of Analysis

## Species Assayed:

| CROP SPECIES | STATUS | LEVEL |
| --- | --- | --- |
| CANOLA | Not Detected | |
| CORN | Not Detected | |
| FLAX | Not Detected | |
| OATS | Not Detected | |
| POTATO | Not Detected | |
| RICE | Not Detected | |
| **SOY** | **Detected** | **Low** |
| SUGAR BEET | Not Detected | |
| WHEAT | Not Detected | |

## Common Modified Genes Assayed

| MODIFIED GENES | STATUS |
| --- | --- |
| *P35S* | **Detected** |
| *PAT* | Not Detected |
| *CRY1A(B)* | Not Detected |
| *P35S 2* | Not Detected |
| *CTP2-CP4-EPSPS* | **Detected** |
| *P35S-PAT* | Not Detected |
| *P-UBI-MCRY1AB/1AC* | Not Detected |
| *PNOS* | Not Detected |
| *TNOS* | **Detected** |
| *TNOS 2* | Not Detected |
| *BAR* | Not Detected |
| *P-FMV* | Not Detected |
| *CRR1AB/AC* | Not Detected |

# SeqTech Diagnostics - Report of Analysis

## Specific GMO Varieties Assayed:

| No. | GMO Variety | Status | Level |
|---|---|---|---|
| 1 | Canola T45 | Not Detected | |
| 2 | Canola Ms8 | Not Detected | |
| 3 | Canola Rf3 | Not Detected | |
| 4 | Canola GT73 | Not Detected | |
| 5 | Canola RF1 | Not Detected | |
| 6 | Canola RF2 | Not Detected | |
| 7 | Canola Topas 19/2 | Not Detected | |
| 8 | Canola 73496 | Not Detected | |
| 9 | Canola MON88302 | Not Detected | |
| 10 | Soy FG72 | Not Detected | |
| 11 | Soy MON 87769 | Not Detected | |
| 12 | Soy MON 87705 | Not Detected | |
| 13 | Soy A2704-12 | Not Detected | |
| **14** | **Soy GTS-40-3-2** | **Detected** | **4.65%** |
| 15 | Soy MON 89788 | Not Detected | |
| 16 | Soy A5547-127 | Not Detected | |
| 17 | Soy DP-305423-1 | Not Detected | |
| 18 | Soy DP-356043-5 | Not Detected | |
| 19 | Soy MON 87701 | Not Detected | |
| 20 | Soy CV127 | Not Detected | |
| 21 | Soy MON87708 | Not Detected | |
| 22 | Soy DAS-68416-4 | Not Detected | |
| 23 | Soy DAS-81419-2 | Not Detected | |
| 24 | Soy DAS-44406-6 | Not Detected | |
| 25 | Maize 5307 | Not Detected | |
| 26 | Maize MON 87427 | Not Detected | |
| 27 | Maize DAS-40278-9 | Not Detected | |
| 28 | Maize MON87460 | Not Detected | |
| 29 | Maize Bt11 2005 | Not Detected | |
| 30 | Maize GA21 2005 | Not Detected | |
| 31 | Maize NK603 2005 | Not Detected | |
| 32 | Maize MON863 | Not Detected | |
| 33 | Maize TC1507 | Not Detected | |
| 34 | Maize T25 | Not Detected | |

# SeqTech Diagnostics - Report of Analysis

| | | |
|---|---|---|
| 35 | Maize 59122 | Not Detected |
| 36 | Maize MIR604 | Not Detected |
| 37 | Maize GA21 2007 | Not Detected |
| 38 | Maize Bt11 2008 | Not Detected |
| 39 | Maize MON 88017 | Not Detected |
| 40 | Maize LY038 | Not Detected |
| 41 | Maize MON 89034 | Not Detected |
| 42 | Maize 3272 | Not Detected |
| 43 | Maize MON 810 | Not Detected |
| 44 | Maize 98140 | Not Detected |
| 45 | Maize MIR162 | Not Detected |
| 46 | Maize Bt176 | Not Detected |
| 47 | Rice LLRICE601 | Not Detected |
| 48 | Rice Bt63 | Not Detected |
| 49 | Rice LLRICE62 | Not Detected |
| 50 | Flax FP967 | Not Detected |
| 51 | Potato EH92-527-1 | Not Detected |
| 52 | Sugar Beet H7-1 | Not Detected |

**Test Methodology**

This test was developed and its performance characteristics we validated by SeqTech Diagnostics.  It consists of a proprietary procedure that includes custom polymerase chain reaction (PCR) and sequencing-by-synthesis (SBS) to detect specific DNA signatures that are unique to different animal and plant species and genetically modified organisms.  The test's limit-of-detection 0.01% of the total material tested.  Its accuracy, sensitivity and specificity are all >99.5% and were determined and validated using certified reference samples.

**Test Limitations**

Factors influencing the amount and quality of DNA extracted from samples include but are not limited to the amount of food material we receive, the collection technique and the presence of microbial sources of nucleic acids and nucleases.  DNA quality and quantity are subject to matrix dependent influences.  PCR inhibitors, extraneous DNA and nucleic acid degrading enzymes are all factors that can affect the results of the test.  Polymorphisms in the plants DNA can affect the efficiency of PCR.  DNA purity can also affect the assay.

**Legal disclaimer**

This analysis report reflects our finding on the sample tested only.  The content of this report does not verify shipment or refer to any consignment or other matters.

This Test Report shall not be reproduced except in full, without written consent.

This document is issued by the Company under its Terms of Service accessible at **https://www.holisticgenomics.com/terms-of-service/**.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.

Any other holder of this document is advised that information contained herein reflects the Company's findings at the time of its investigation only.   Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

# SeqTech Diagnostics - Report of Analysis

Product Tested:          Similac Advantage Stage 1 NON-GMO
Product Claim:           "Ingredients not genetically engineered"
Product Lot:             67909SHO-2041-356
Product Source:          WalMart.com
Testing Performed:       Comprehensive GMO Screen
Date Completed:          October 6, 2016

## Sample Summary:

| Species Detected: | Modified Genes Detected: | GM Varieties Detected |
|---|---|---|
| Soy (Low) | p35s (TF)<br>CTP2-CP4-EPSPS (HT)<br>tNOS (TF) | GTS-40-3-2 Soy (1.98%) |

## Key:

Species Detected:  List of all plant species detected in the sample and their abundance in the sample.

> High = Top three most abundant ingredients.
> Medium = Key ingredient but not top 3
> Low = Detected at a low level but above the regulatory limit for listing as an ingredient.
> Trace = Detected at a very low level below the regulatory limit for listing.

Modified Genes Detected:  List of all synthetic genes detected and what each does.

> TF = Transcription Factor - Regulates the expression of other modified genes.
> HT = Herbicide Tolerance – Allows the plant to survive treatment with herbicides.
> PR = Pest Resistance – Enables the plant to produce chemicals that prevent pest infestation.
> DR = Drought Resistance – Improves physiology for surviving droughts
> OR = Other – Sterility, increased nutrient production, visual sex markers, etc.  Less common.

GM Varieties Detected:  List of all specific GMO varieties detected.

> GM (%) = The fraction of the ingredient that is genetically modified.  Regulatory bodies set limits for how much of the ingredient can be modified before it can no longer be considered non-GMO.  For example in Europe anything labelled Non-GMO must be below 0.9% modified.

# SeqTech Diagnostics - Report of Analysis

## Species Assayed:

| CROP SPECIES | STATUS | LEVEL |
|---|---|---|
| CANOLA | Not Detected | |
| CORN | Not Detected | |
| FLAX | Not Detected | |
| OATS | Not Detected | |
| POTATO | Not Detected | |
| RICE | Not Detected | |
| **SOY** | **Detected** | **Low** |
| SUGAR BEET | Not Detected | |
| WHEAT | Not Detected | |

## Common Modified Genes Assayed

| MODIFIED GENES | STATUS |
|---|---|
| *P35S* | **Detected** |
| *PAT* | Not Detected |
| *CRY1A(B)* | Not Detected |
| *P35S 2* | Not Detected |
| *CTP2-CP4-EPSPS* | **Detected** |
| *P35S-PAT* | Not Detected |
| *P-UBI-MCRY1AB/1AC* | Not Detected |
| *PNOS* | Not Detected |
| *TNOS* | **Detected** |
| *TNOS 2* | Not Detected |
| *BAR* | Not Detected |
| *P-FMV* | Not Detected |
| *CRR1AB/AC* | Not Detected |

# SeqTech Diagnostics - Report of Analysis

## Specific GMO Varieties Assayed:

| No. | GMO Variety | Status | Level |
|---|---|---|---|
| 1 | Canola T45 | Not Detected | |
| 2 | Canola Ms8 | Not Detected | |
| 3 | Canola Rf3 | Not Detected | |
| 4 | Canola GT73 | Not Detected | |
| 5 | Canola RF1 | Not Detected | |
| 6 | Canola RF2 | Not Detected | |
| 7 | Canola Topas 19/2 | Not Detected | |
| 8 | Canola 73496 | Not Detected | |
| 9 | Canola MON88302 | Not Detected | |
| 10 | Soy FG72 | Not Detected | |
| 11 | Soy MON 87769 | Not Detected | |
| 12 | Soy MON 87705 | Not Detected | |
| 13 | Soy A2704-12 | Not Detected | |
| **14** | **Soy GTS-40-3-2** | **Detected** | **1.98%** |
| 15 | Soy MON 89788 | Not Detected | |
| 16 | Soy A5547-127 | Not Detected | |
| 17 | Soy DP-305423-1 | Not Detected | |
| 18 | Soy DP-356043-5 | Not Detected | |
| 19 | Soy MON 87701 | Not Detected | |
| 20 | Soy CV127 | Not Detected | |
| 21 | Soy MON87708 | Not Detected | |
| 22 | Soy DAS-68416-4 | Not Detected | |
| 23 | Soy DAS-81419-2 | Not Detected | |
| 24 | Soy DAS-44406-6 | Not Detected | |
| 25 | Maize 5307 | Not Detected | |
| 26 | Maize MON 87427 | Not Detected | |
| 27 | Maize DAS-40278-9 | Not Detected | |
| 28 | Maize MON87460 | Not Detected | |
| 29 | Maize Bt11 2005 | Not Detected | |
| 30 | Maize GA21 2005 | Not Detected | |
| 31 | Maize NK603 2005 | Not Detected | |
| 32 | Maize MON863 | Not Detected | |
| 33 | Maize TC1507 | Not Detected | |
| 34 | Maize T25 | Not Detected | |

Similac Non-GMO Complaint Exhibit 1

# SeqTech Diagnostics - Report of Analysis

| 35 | Maize 59122 | Not Detected |
|----|-------------|--------------|
| 36 | Maize MIR604 | Not Detected |
| 37 | Maize GA21 2007 | Not Detected |
| 38 | Maize Bt11 2008 | Not Detected |
| 39 | Maize MON 88017 | Not Detected |
| 40 | Maize LY038 | Not Detected |
| 41 | Maize MON 89034 | Not Detected |
| 42 | Maize 3272 | Not Detected |
| 43 | Maize MON 810 | Not Detected |
| 44 | Maize 98140 | Not Detected |
| 45 | Maize MIR162 | Not Detected |
| 46 | Maize Bt176 | Not Detected |
| 47 | Rice LLRICE601 | Not Detected |
| 48 | Rice Bt63 | Not Detected |
| 49 | Rice LLRICE62 | Not Detected |
| 50 | Flax FP967 | Not Detected |
| 51 | Potato EH92-527-1 | Not Detected |
| 52 | Sugar Beet H7-1 | Not Detected |

**Test Methodology**

This test was developed and its performance characteristics we validated by SeqTech Diagnostics.  It consists of a proprietary procedure that includes custom polymerase chain reaction (PCR) and sequencing-by-synthesis (SBS) to detect specific DNA signatures that are unique to different animal and plant species and genetically modified organisms.  The test's limit-of-detection 0.01% of the total material tested.  Its accuracy, sensitivity and specificity are all >99.5% and were determined and validated using certified reference samples.

**Test Limitations**

Factors influencing the amount and quality of DNA extracted from samples include but are not limited to the amount of food material we receive, the collection technique and the presence of microbial sources of nucleic acids and nucleases.  DNA quality and quantity are subject to matrix dependent influences.  PCR inhibitors, extraneous DNA and nucleic acid degrading enzymes are all factors that can affect the results of the test.  Polymorphisms in the plants DNA can affect the efficiency of PCR.  DNA purity can also affect the assay.

**Legal disclaimer**

This analysis report reflects our finding on the sample tested only.  The content of this report does not verify shipment or refer to any consignment or other matters.

This Test Report shall not be reproduced except in full, without written consent.

This document is issued by the Company under its Terms of Service accessible at **https://www.holisticgenomics.com/terms-of-service/**.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.

Any other holder of this document is advised that information contained herein reflects the Company's findings at the time of its investigation only.   Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

# SeqTech Diagnostics - Report of Analysis

| | |
|---|---|
| Product Tested: | Similac Advantage Stage 1 NON-GMO |
| Product Claim: | "Ingredients not genetically engineered" |
| Product Lot: | 67993SHO-1816-210 |
| Product Source: | Palo Alto, CA CVS |
| Testing Performed: | Comprehensive GMO Screen |
| Date Completed: | October 6, 2016 |

## Sample Summary:

| Species Detected: | Modified Genes Detected: | GM Varieties Detected |
|---|---|---|
| Soy (Low) | p35s (TF)<br>CTP2-CP4-EPSPS (HT)<br>tNOS (TF) | GTS-40-3-2 Soy (3.76%) |

## Key:

Species Detected:  List of all plant species detected in the sample and their abundance in the sample.

> High = Top three most abundant ingredients.
>
> Medium = Key ingredient but not top 3
>
> Low = Detected at a low level but above the regulatory limit for listing as an ingredient.
>
> Trace = Detected at a very low level below the regulatory limit for listing.

Modified Genes Detected:  List of all synthetic genes detected and what each does.

> TF = Transcription Factor - Regulates the expression of other modified genes.
>
> HT = Herbicide Tolerance – Allows the plant to survive treatment with herbicides.
>
> PR = Pest Resistance – Enables the plant to produce chemicals that prevent pest infestation.
>
> DR = Drought Resistance – Improves physiology for surviving droughts
>
> OR = Other – Sterility, increased nutrient production, visual sex markers, etc.  Less common.

GM Varieties Detected:  List of all specific GMO varieties detected.

> GM (%) = The fraction of the ingredient that is genetically modified.  Regulatory bodies set limits for how much of the ingredient can be modified before it can no longer be considered non-GMO.  For example in Europe anything labelled Non-GMO must be below 0.9% modified.

# SeqTech Diagnostics - Report of Analysis

## Species Assayed:

| CROP SPECIES | STATUS | LEVEL |
|---|---|---|
| CANOLA | Not Detected | |
| CORN | Not Detected | |
| FLAX | Not Detected | |
| OATS | Not Detected | |
| POTATO | Not Detected | |
| RICE | Not Detected | |
| **SOY** | **Detected** | **Low** |
| SUGAR BEET | Not Detected | |
| WHEAT | Not Detected | |

## Common Modified Genes Assayed

| MODIFIED GENES | STATUS |
|---|---|
| *P35S* | **Detected** |
| *PAT* | Not Detected |
| *CRY1A(B)* | Not Detected |
| *P35S 2* | Not Detected |
| *CTP2-CP4-EPSPS* | **Detected** |
| *P35S-PAT* | Not Detected |
| *P-UBI-MCRY1AB/1AC* | Not Detected |
| *PNOS* | Not Detected |
| *TNOS* | **Detected** |
| *TNOS 2* | Not Detected |
| *BAR* | Not Detected |
| *P-FMV* | Not Detected |
| *CRR1AB/AC* | Not Detected |

# SeqTech Diagnostics - Report of Analysis

## <u>Specific GMO Varieties Assayed:</u>

| <u>No.</u> | <u>GMO Variety</u> | <u>Status</u> | <u>Level</u> |
|---|---|---|---|
| 1 | Canola T45 | Not Detected | |
| 2 | Canola Ms8 | Not Detected | |
| 3 | Canola Rf3 | Not Detected | |
| 4 | Canola GT73 | Not Detected | |
| 5 | Canola RF1 | Not Detected | |
| 6 | Canola RF2 | Not Detected | |
| 7 | Canola Topas 19/2 | Not Detected | |
| 8 | Canola 73496 | Not Detected | |
| 9 | Canola MON88302 | Not Detected | |
| 10 | Soy FG72 | Not Detected | |
| 11 | Soy MON 87769 | Not Detected | |
| 12 | Soy MON 87705 | Not Detected | |
| 13 | Soy A2704-12 | Not Detected | |
| **14** | **Soy GTS-40-3-2** | **Detected** | **3.76%** |
| 15 | Soy MON 89788 | Not Detected | |
| 16 | Soy A5547-127 | Not Detected | |
| 17 | Soy DP-305423-1 | Not Detected | |
| 18 | Soy DP-356043-5 | Not Detected | |
| 19 | Soy MON 87701 | Not Detected | |
| 20 | Soy CV127 | Not Detected | |
| 21 | Soy MON87708 | Not Detected | |
| 22 | Soy DAS-68416-4 | Not Detected | |
| 23 | Soy DAS-81419-2 | Not Detected | |
| 24 | Soy DAS-44406-6 | Not Detected | |
| 25 | Maize 5307 | Not Detected | |
| 26 | Maize MON 87427 | Not Detected | |
| 27 | Maize DAS-40278-9 | Not Detected | |
| 28 | Maize MON87460 | Not Detected | |
| 29 | Maize Bt11 2005 | Not Detected | |
| 30 | Maize GA21 2005 | Not Detected | |
| 31 | Maize NK603 2005 | Not Detected | |
| 32 | Maize MON863 | Not Detected | |
| 33 | Maize TC1507 | Not Detected | |
| 34 | Maize T25 | Not Detected | |

# SeqTech Diagnostics - Report of Analysis

| 35 | Maize 59122 | Not Detected |
|----|-------------|--------------|
| 36 | Maize MIR604 | Not Detected |
| 37 | Maize GA21 2007 | Not Detected |
| 38 | Maize Bt11 2008 | Not Detected |
| 39 | Maize MON 88017 | Not Detected |
| 40 | Maize LY038 | Not Detected |
| 41 | Maize MON 89034 | Not Detected |
| 42 | Maize 3272 | Not Detected |
| 43 | Maize MON 810 | Not Detected |
| 44 | Maize 98140 | Not Detected |
| 45 | Maize MIR162 | Not Detected |
| 46 | Maize Bt176 | Not Detected |
| 47 | Rice LLRICE601 | Not Detected |
| 48 | Rice Bt63 | Not Detected |
| 49 | Rice LLRICE62 | Not Detected |
| 50 | Flax FP967 | Not Detected |
| 51 | Potato EH92-527-1 | Not Detected |
| 52 | Sugar Beet H7-1 | Not Detected |

**Test Methodology**

This test was developed and its performance characteristics we validated by SeqTech Diagnostics.  It consists of a proprietary procedure that includes custom polymerase chain reaction (PCR) and sequencing-by-synthesis (SBS) to detect specific DNA signatures that are unique to different animal and plant species and genetically modified organisms.  The test's limit-of-detection 0.01% of the total material tested.  Its accuracy, sensitivity and specificity are all >99.5% and were determined and validated using certified reference samples.

**Test Limitations**

Factors influencing the amount and quality of DNA extracted from samples include but are not limited to the amount of food material we receive, the collection technique and the presence of microbial sources of nucleic acids and nucleases.  DNA quality and quantity are subject to matrix dependent influences.  PCR inhibitors, extraneous DNA and nucleic acid degrading enzymes are all factors that can affect the results of the test.  Polymorphisms in the plants DNA can affect the efficiency of PCR.  DNA purity can also affect the assay.

**Legal disclaimer**

This analysis report reflects our finding on the sample tested only.  The content of this report does not verify shipment or refer to any consignment or other matters.

This Test Report shall not be reproduced except in full, without written consent.

This document is issued by the Company under its Terms of Service accessible at **https://www.holisticgenomics.com/terms-of-service/**.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.

Any other holder of this document is advised that information contained herein reflects the Company's findings at the time of its investigation only.   Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

# SeqTech Diagnostics - Report of Analysis

Product Tested:        Similac Advantage Stage 1 NON-GMO

Product Claim:         "Ingredients not genetically engineered"

Product Lot:           68063SHO-0907-235

Product Source:        Branstetter, Stranch & Jennings

Testing Performed:     Comprehensive GMO Screen

Date Completed:        November 18, 2016

## Sample Summary:

| Species Detected: | Modified Genes Detected: | GM Varieties Detected |
|---|---|---|
| Soy (Low) | p35s (TF)<br>CTP2-CP4-EPSPS (HT)<br>tNOS (TF) | GTS-40-3-2 Soy (3.11%) |

## Key:

Species Detected:  List of all plant species detected in the sample and their abundance in the sample.

> High = Top three most abundant ingredients.
>
> Medium = Key ingredient but not top 3
>
> Low = Detected at a low level but above the regulatory limit for listing as an ingredient.
>
> Trace = Detected at a very low level below the regulatory limit for listing.

Modified Genes Detected:  List of all synthetic genes detected and what each does.

> TF = Transcription Factor - Regulates the expression of other modified genes.
>
> HT = Herbicide Tolerance – Allows the plant to survive treatment with herbicides.
>
> PR = Pest Resistance – Enables the plant to produce chemicals that prevent pest infestation.
>
> DR = Drought Resistance – Improves physiology for surviving droughts
>
> OR = Other – Sterility, increased nutrient production, visual sex markers, etc.  Less common.

GM Varieties Detected:  List of all specific GMO varieties detected.

> GM (%) = The fraction of the ingredient that is genetically modified.  Regulatory bodies set limits for how much of the ingredient can be modified before it can no longer be considered non-GMO.  For example in Europe anything labelled Non-GMO must be below 0.9% modified.

# SeqTech Diagnostics - Report of Analysis

## Species Assayed:

| CROP SPECIES | STATUS | LEVEL |
|---|---|---|
| CANOLA | Not Detected | |
| CORN | Not Detected | |
| FLAX | Not Detected | |
| OATS | Not Detected | |
| POTATO | Not Detected | |
| RICE | Not Detected | |
| **SOY** | **Detected** | **Low** |
| SUGAR BEET | Not Detected | |
| WHEAT | Not Detected | |

## Common Modified Genes Assayed

| MODIFIED GENES | STATUS |
|---|---|
| *P35S* | **Detected** |
| *PAT* | Not Detected |
| *CRY1A(B)* | Not Detected |
| *P35S 2* | Not Detected |
| *CTP2-CP4-EPSPS* | **Detected** |
| *P35S-PAT* | Not Detected |
| *P-UBI-MCRY1AB/1AC* | Not Detected |
| *PNOS* | Not Detected |
| *TNOS* | **Detected** |
| *TNOS 2* | Not Detected |
| *BAR* | Not Detected |
| *P-FMV* | Not Detected |
| *CRR1AB/AC* | Not Detected |

# SeqTech Diagnostics - Report of Analysis

## Specific GMO Varieties Assayed:

| No. | GMO Variety | Status | Level |
| --- | --- | --- | --- |
| 1 | Canola T45 | Not Detected | |
| 2 | Canola Ms8 | Not Detected | |
| 3 | Canola Rf3 | Not Detected | |
| 4 | Canola GT73 | Not Detected | |
| 5 | Canola RF1 | Not Detected | |
| 6 | Canola RF2 | Not Detected | |
| 7 | Canola Topas 19/2 | Not Detected | |
| 8 | Canola 73496 | Not Detected | |
| 9 | Canola MON88302 | Not Detected | |
| 10 | Soy FG72 | Not Detected | |
| 11 | Soy MON 87769 | Not Detected | |
| 12 | Soy MON 87705 | Not Detected | |
| 13 | Soy A2704-12 | Not Detected | |
| **14** | **Soy GTS-40-3-2** | **Detected** | **3.11%** |
| 15 | Soy MON 89788 | Not Detected | |
| 16 | Soy A5547-127 | Not Detected | |
| 17 | Soy DP-305423-1 | Not Detected | |
| 18 | Soy DP-356043-5 | Not Detected | |
| 19 | Soy MON 87701 | Not Detected | |
| 20 | Soy CV127 | Not Detected | |
| 21 | Soy MON87708 | Not Detected | |
| 22 | Soy DAS-68416-4 | Not Detected | |
| 23 | Soy DAS-81419-2 | Not Detected | |
| 24 | Soy DAS-44406-6 | Not Detected | |
| 25 | Maize 5307 | Not Detected | |
| 26 | Maize MON 87427 | Not Detected | |
| 27 | Maize DAS-40278-9 | Not Detected | |
| 28 | Maize MON87460 | Not Detected | |
| 29 | Maize Bt11 2005 | Not Detected | |
| 30 | Maize GA21 2005 | Not Detected | |
| 31 | Maize NK603 2005 | Not Detected | |
| 32 | Maize MON863 | Not Detected | |
| 33 | Maize TC1507 | Not Detected | |
| 34 | Maize T25 | Not Detected | |

# SeqTech Diagnostics - Report of Analysis

| | | |
|---|---|---|
| 35 | Maize 59122 | Not Detected |
| 36 | Maize MIR604 | Not Detected |
| 37 | Maize GA21 2007 | Not Detected |
| 38 | Maize Bt11 2008 | Not Detected |
| 39 | Maize MON 88017 | Not Detected |
| 40 | Maize LY038 | Not Detected |
| 41 | Maize MON 89034 | Not Detected |
| 42 | Maize 3272 | Not Detected |
| 43 | Maize MON 810 | Not Detected |
| 44 | Maize 98140 | Not Detected |
| 45 | Maize MIR162 | Not Detected |
| 46 | Maize Bt176 | Not Detected |
| 47 | Rice LLRICE601 | Not Detected |
| 48 | Rice Bt63 | Not Detected |
| 49 | Rice LLRICE62 | Not Detected |
| 50 | Flax FP967 | Not Detected |
| 51 | Potato EH92-527-1 | Not Detected |
| 52 | Sugar Beet H7-1 | Not Detected |

**Test Methodology**

This test was developed and its performance characteristics we validated by SeqTech Diagnostics.  It consists of a proprietary procedure that includes custom polymerase chain reaction (PCR) and sequencing-by-synthesis (SBS) to detect specific DNA signatures that are unique to different animal and plant species and genetically modified organisms.  The test's limit-of-detection 0.01% of the total material tested.  Its accuracy, sensitivity and specificity are all >99.5% and were determined and validated using certified reference samples.

**Test Limitations**

Factors influencing the amount and quality of DNA extracted from samples include but are not limited to the amount of food material we receive, the collection technique and the presence of microbial sources of nucleic acids and nucleases.  DNA quality and quantity are subject to matrix dependent influences.  PCR inhibitors, extraneous DNA and nucleic acid degrading enzymes are all factors that can affect the results of the test.  Polymorphisms in the plants DNA can affect the efficiency of PCR.  DNA purity can also affect the assay.

**Legal disclaimer**

This analysis report reflects our finding on the sample tested only.  The content of this report does not verify shipment or refer to any consignment or other matters.

This Test Report shall not be reproduced except in full, without written consent.

This document is issued by the Company under its Terms of Service accessible at **https://www.holisticgenomics.com/terms-of-service/**.  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.

Any other holder of this document is advised that information contained herein reflects the Company's findings at the time of its investigation only.   Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

# SeqTech Diagnostics - Report of Analysis

| | |
|---|---|
| Product Tested: | Similac Sensitive NON-GMO |
| Product Claim: | "Ingredients not genetically engineered" |
| Product Lot: | unknown, received 2/3/2017 from BSJ |
| Product Source: | Branstetter, Stranch & Jennings |
| Testing Performed: | Comprehensive GMO Screen |
| Date Completed: | March 3, 2017 |

## Sample Summary:

| Species Detected: | Modified Genes Detected: | GM Varieties Detected |
|---|---|---|
| Soy (Low) | p35s (TF)<br>CTP2-CP4-EPSPS (HT)<br>tNOS (TF) | GTS-40-3-2 Soy (2.13%) |

## Key:

Species Detected:  List of all plant species detected in the sample and their abundance in the sample.

> High = Top three most abundant ingredients.
> Medium = Key ingredient but not top 3
> Low = Detected at a low level but above the regulatory limit for listing as an ingredient.
> Trace = Detected at a very low level below the regulatory limit for listing.

Modified Genes Detected:  List of all synthetic genes detected and what each does.

> TF = Transcription Factor - Regulates the expression of other modified genes.
> HT = Herbicide Tolerance – Allows the plant to survive treatment with herbicides.
> PR = Pest Resistance – Enables the plant to produce chemicals that prevent pest infestation.
> DR = Drought Resistance – Improves physiology for surviving droughts
> OR = Other – Sterility, increased nutrient production, visual sex markers, etc.  Less common.

GM Varieties Detected:  List of all specific GMO varieties detected.

> GM (%) = The fraction of the ingredient that is genetically modified.  Regulatory bodies set limits for how much of the ingredient can be modified before it can no longer be considered non-GMO.  For example in Europe anything labelled Non-GMO must be below 0.9% modified.

# SeqTech Diagnostics - Report of Analysis

## Species Assayed:

| CROP SPECIES | STATUS | LEVEL |
|---|---|---|
| CANOLA | Not Detected | |
| CORN | Not Detected | |
| FLAX | Not Detected | |
| OATS | Not Detected | |
| POTATO | Not Detected | |
| RICE | Not Detected | |
| **SOY** | **Detected** | **Low** |
| SUGAR BEET | Not Detected | |
| WHEAT | Not Detected | |

## Common Modified Genes Assayed

| MODIFIED GENES | STATUS |
|---|---|
| *P35S* | **Detected** |
| *PAT* | Not Detected |
| *CRY1A(B)* | Not Detected |
| *P35S 2* | Not Detected |
| ***CTP2-CP4-EPSPS*** | **Detected** |
| *P35S-PAT* | Not Detected |
| *P-UBI-MCRY1AB/1AC* | Not Detected |
| *PNOS* | Not Detected |
| ***TNOS*** | **Detected** |
| *TNOS 2* | Not Detected |
| *BAR* | Not Detected |
| *P-FMV* | Not Detected |
| *CRR1AB/AC* | Not Detected |

# SeqTech Diagnostics - Report of Analysis

## Specific GMO Varieties Assayed:

| No. | GMO Variety | Status | Level |
|---|---|---|---|
| 1 | Canola T45 | Not Detected | |
| 2 | Canola Ms8 | Not Detected | |
| 3 | Canola Rf3 | Not Detected | |
| 4 | Canola GT73 | Not Detected | |
| 5 | Canola RF1 | Not Detected | |
| 6 | Canola RF2 | Not Detected | |
| 7 | Canola Topas 19/2 | Not Detected | |
| 8 | Canola 73496 | Not Detected | |
| 9 | Canola MON88302 | Not Detected | |
| 10 | Soy FG72 | Not Detected | |
| 11 | Soy MON 87769 | Not Detected | |
| 12 | Soy MON 87705 | Not Detected | |
| 13 | Soy A2704-12 | Not Detected | |
| **14** | **Soy GTS-40-3-2** | **Detected** | **2.13%** |
| 15 | Soy MON 89788 | Not Detected | |
| 16 | Soy A5547-127 | Not Detected | |
| 17 | Soy DP-305423-1 | Not Detected | |
| 18 | Soy DP-356043-5 | Not Detected | |
| 19 | Soy MON 87701 | Not Detected | |
| 20 | Soy CV127 | Not Detected | |
| 21 | Soy MON87708 | Not Detected | |
| 22 | Soy DAS-68416-4 | Not Detected | |
| 23 | Soy DAS-81419-2 | Not Detected | |
| 24 | Soy DAS-44406-6 | Not Detected | |
| 25 | Maize 5307 | Not Detected | |
| 26 | Maize MON 87427 | Not Detected | |
| 27 | Maize DAS-40278-9 | Not Detected | |
| 28 | Maize MON87460 | Not Detected | |
| 29 | Maize Bt11 2005 | Not Detected | |
| 30 | Maize GA21 2005 | Not Detected | |
| 31 | Maize NK603 2005 | Not Detected | |
| 32 | Maize MON863 | Not Detected | |
| 33 | Maize TC1507 | Not Detected | |
| 34 | Maize T25 | Not Detected | |

# SeqTech Diagnostics - Report of Analysis

| | | |
|---|---|---|
| 35 | Maize 59122 | Not Detected |
| 36 | Maize MIR604 | Not Detected |
| 37 | Maize GA21 2007 | Not Detected |
| 38 | Maize Bt11 2008 | Not Detected |
| 39 | Maize MON 88017 | Not Detected |
| 40 | Maize LY038 | Not Detected |
| 41 | Maize MON 89034 | Not Detected |
| 42 | Maize 3272 | Not Detected |
| 43 | Maize MON 810 | Not Detected |
| 44 | Maize 98140 | Not Detected |
| 45 | Maize MIR162 | Not Detected |
| 46 | Maize Bt176 | Not Detected |
| 47 | Rice LLRICE601 | Not Detected |
| 48 | Rice Bt63 | Not Detected |
| 49 | Rice LLRICE62 | Not Detected |
| 50 | Flax FP967 | Not Detected |
| 51 | Potato EH92-527-1 | Not Detected |
| 52 | Sugar Beet H7-1 | Not Detected |

**Test Methodology**

This test was developed and its performance characteristics we validated by SeqTech Diagnostics.  It consists of a proprietary procedure that includes custom polymerase chain reaction (PCR) and sequencing-by-synthesis (SBS) to detect specific DNA signatures that are unique to different animal and plant species and genetically modified organisms.  The test's limit-of-detection 0.01% of the total material tested.  Its accuracy, sensitivity and specificity are all >99.5% and were determined and validated using certified reference samples.

**Test Limitations**

Factors influencing the amount and quality of DNA extracted from samples include but are not limited to the amount of food material we receive, the collection technique and the presence of microbial sources of nucleic acids and nucleases.  DNA quality and quantity are subject to matrix dependent influences.  PCR inhibitors, extraneous DNA and nucleic acid degrading enzymes are all factors that can affect the results of the test.  Polymorphisms in the plants DNA can affect the efficiency of PCR.  DNA purity can also affect the assay.

**Legal disclaimer**

This analysis report reflects our finding on the sample tested only.  The content of this report does not verify shipment or refer to any consignment or other matters.

This Test Report shall not be reproduced except in full, without written consent.

This document is issued by the Company under its Terms of Service accessible at **https://www.holisticgenomics.com/terms-of-service/.**  Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.

Any other holder of this document is advised that information contained herein reflects the Company's findings at the time of its investigation only.   Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law.

# EXHIBIT 2

# BRANSTETTER, STRANCH & JENNINGS, PLLC

THE FREEDOM CENTER
223 ROSA L. PARKS AVENUE
SUITE 200
NASHVILLE, TENNESSEE 37203
TELEPHONE (615) 254-8801
FACSIMILE (615) 255-5419

CECIL D. BRANSTETTER, SR., 1920-2014
KARLA M. CAMPBELL
BEN GASTEL *
TRICIA HERZFELD *****
R. JAN JENNINGS *
JOE P. LENISKI, JR.
DONALD L. SCHOLES
MIKE STEWART
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
MICHAEL J. WALL

ASSOCIATES:
GABRIEL C. GALLETTI ***
CALLIE K. JENNINGS
SEAMUS T. KELLY
ISAAC MILLER ******
ANTHONY A. ORLANDI ****
K. GRACE STRANCH

OF COUNSEL:
ROBERT E. RICHARDSON, JR. **

April 3, 2017

**VIA CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

ABBOTT LABORATORIES
c/o California Registered Agent
C T CORPORATION SYSTEM
818 W 7TH ST STE 930
LOS ANGELES CA 90017

ABBOTT LABORATORIES
c/o Legal Department
100 ABBOTT PARK ROAD
ABBOTT PARK IL 60064

ABBOTT DIAGNOSTICS
5440 Patrick Henry Dr.
Santa Clara, California 95054

ABBOTT VASCULAR DEVICES
Abbott Vascular
3200 Lakeside Drive
Santa Clara, California 95054-2807

ABBOTT Diabetes Care
Abbott Diabetes Care
1360 South Loop Road
Alameda, California 94502

Re:    **Similac Advanced Non-GMO Formula**

To Whom It May Concern,

This firm represents Crystal Kao and Nina Barwick, young women who have purchased Similac Advanced Non-GMO since Abbott Laboratories launched this product in 2015.  Please consider this a pre-litigation notice under the California Legal Remedies Act, Cal. Civil Code § 1750 *et seq*. ("CLRA") and the Magnusson-Moss Warranty Act, 15 U.S.C. § 2301 *et seq*. (the

* ALSO ADMITTED IN GA
** ONLY ADMITTED IN OH
*** ALSO ADMITTED IN NY
**** ALSO ADMITTED IN MA
***** ALSO ADMITTED IN WV AND FL
****** ALSO ADMITTED IN CA

CLRA and MMWA Notice Letter
April 3, 2017
Page 2

"MMWA").  Ms. Kao intends to pursue class action claims under the CLRA and the MMWA and Ms. Barwick intends to pursue class actions claims under the MMWA for the conduct described herein unless you rectify these violations within 30 days.

Based on scientific testing it has become known that Abbott Laboratories' claims and warranties that Similac Advanced Non-GMO has "ingredients not genetically engineered" is false.  Scientific testing, including from lots purchased by Ms. Kao and Ms. Barwick, has revealed that Similac Advanced Non-GMO contains GMOs.

Your claims and warranties that Similac Advanced Non-GMO has "ingredients not genetically engineered" when it in fact does have this material is a violation of the CLRA and the MMWA.  Plaintiff Kao and Plaintiff Barwick immediately demand that you correct, repair, replace, or otherwise rectify the goods alleged to be in violation, including by providing immediate restitution for the damages suffered by Plaintiff Kao and Plaintiff Barwick and the classes of purchasers on behalf of which they intend to pursue damages and injunctive relief for their purchase of these products that so clearly violate the CLRA and MMWA.

I can be reached at 615-254-8801 or at beng@bsjfirm.com if you need any additional information.

Sincerely,

Benjamin A. Gastel



## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark
Here

Sent To
ABBOTT LABORATORIES
c/o California Registered Agent
C T CORPORATION SYSTEM
818 W 7TH ST STE 930
LOS ANGELES CA 90017

Street & Apt. No.
or PO Box No.
City, State, ZIP+4

7014 2120 0003 8570 1171

PS Form 3800, July 2014            See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ABBOTT LABORATORIES
c/o California Registered Agent
C T CORPORATION SYSTEM
818 W 7TH ST STE 930
LOS ANGELES CA 90017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
□ Agent
□ Addressee

B. Received by ( Printed Name )      C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below:    □ No

3. Service Type
☒ Certified Mail      □ Express Mail
□ Registered         ☒ Return Receipt for Merchandise
□ Insured Mail       □ C.O.D.

4. Restricted Delivery? (Extra Fee)      □ Yes

2. Article Number
(Transfer from service label)      7014 2120 0003 8570 1171

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Abbott Laboratories
c/o Legal Department
100 Abbott Park Road
Abbott Park, IL 60064

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )   ☐ Yes

2. Article Number
   (Transfer from service label)   7014 2120 0003 8570 1126

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**CERTIFIED MAIL**
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 2120 0003 8570 1126

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  Abbott Laboratories
Street & Apt. No., or PO Box No.  100 Abbott Park Rd.
City, State, ZIP+4  Abbott Park, IL 60064

PS Form 3800, July 2014        See Reverse for Instructions



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

ABBOTT Diabetes Care
Abbott Diabetes Care
1360 South Loop Road
Alameda, California 94502

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7014 2120 0003 8570 1164

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X
□ Agent
□ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

1. Article Addressed to:

ABBOTT VASCULAR DEVICES
Abbott Vascular
3200 Lakeside Drive
Santa Clara, California 95054-2807

3. Service Type
☒ Certified Mail     □ Express Mail
□ Registered        ☒ Return Receipt for Merchandise
□ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)     □ Yes

2. Article Number
   (Transfer from service label)     7014 2120 0003 8570 1157

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL ®

7014 2120 0003 8570 1157

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Postage     $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Postmark
Here

ABBOTT VASCULAR DEVICES
Abbott Vascular
3200 Lakeside Drive
Santa Clara, California 95054-2807

PS Form 3800, July 2014     See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

ABBOTT DIAGNOSTICS
5440 Patrick Henry Dr.
Santa Clara, California 95054

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Postage   $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Postmark
Here

Total Postage & Fees

ABBOTT DIAGNOSTICS
5440 Patrick Henry Dr.
Santa Clara, California 95054

Sent To

Street & Apt. No.
or PO Box No.

City, State, ZIP+4

PS Form 3800, July 2014   See Reverse for Instructions

7014 2120 0003 8570 1140

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE