1  Elizabeth L. Deeley (SBN 230798)
   elizabeth.deeley@kirkland.com
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, California 94104
   Telephone: (415) 439-1400
4  Facsimile: (415) 439-1500

5  Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
   gregg.locascio@kirkland.com
6  Jonathan Jones (admitted *pro hac vice*)
   jonathan.jones@kirkland.com
7  Kirkland & Ellis LLP
   655 Fifteenth Street, N.W.
8  Washington, D.C. 20005
   Telephone: (202) 879-5000
9  Facsimile: (202) 879-5200

10 *Attorneys for Defendant*
   *Abbott Laboratories, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CRYSTAL KAO, individually and an behalf of herself and all other similarly situation; and <br><br> NINA BARWICK, individually and on behalf of herself and all other similarly situated <br><br> Plaintiffs, <br><br> vs. <br><br> ABBOTT LABORATORIES, INC., <br><br> Defendant. | CASE NO. 3:17-CV-02790-~~SC~~ JST <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO EXCHANGE INITIAL DISCLOSURES** |

WHEREAS, the Parties submitted a Joint Case Management Statement on September 14, 2017;

WHEREAS, the deadline to exchange Initial Disclosures in the Parties Joint Case Management Statement is October 6, 2017;

1 | IT IS HEREBY STIPULATED AND AGREED by the Parties through their counsel, pursuant to Local Rules 6-1(b) and 6-2, that the time for the Parties to exchange their Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be extended to October 20, 2017.

DATED: October 5, 2017

Respectfully submitted,

/s/ Benjamin A. Gastel

J. Gerard Stranch, IV *pro hac vice*
E-mail: gerards@bsjfirm.com
Benjamin A. Gastel *pro hac vice*
E-mail: beng@bsjfirm.com
Michael Isaac Miller (SBN 266459)
BRANSTETTER, STRANCH
& JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: 615/254-8801
Facsimile: 615/255-5419

Jonathan Weissglass (SBN 185008)
E-mail: jweissglass@altshulerberzon.com
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Attorneys for Plaintiffs*
*CRYSTAL KAO and NINA BARWICK,*
*individually, and on behalf of all others similarly situated*

DATED: October 5, 2017                    Respectfully submitted,

/s/ *Jonathan Jones*
Jonathan Jones

Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
gregg.locascio@kirkland.com
Jonathan Jones (admitted *pro hac vice*)
jonathan.jones@kirkland.com
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Elizabeth L. Deeley (SBN 230798)
elizabeth.deeley@kirkland.com
Kirkland & Ellis LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant*
*Abbott Laboratories, Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: October 5, 2017                    _____
                                          The Honorable Jon S. Tigar
                                            United States District Court Judge