1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

San Francisco Division

10

| | |
|---|---|
| CRYSTAL KAO, et al., | Case No. 17-cv-02790-JST (LB) |
| Plaintiffs, | |
| v. | **DISCOVERY ORDER** |
| | Re: ECF No. 67 |
| ABBOTT LABORATORIES INC., | |
| Defendant. | |

The district judge referred all discovery disputes in this case to the undersigned.[1] The court can decide the issue without oral argument. N.D. Civ. L. R. 7-1(b). The court orders the following process.

First, the plaintiffs said that they were going to produce discovery on a rolling basis this week.[2] That at least narrows the dispute.

Second, if there are responsive documents that the plaintiffs withhold, they must provide a privilege log as required by the undersigned's standing order (attached).

Third, if disputes remain, the parties must follow the discovery procedures in the court's standing order. The procedures in it require, among other things, that if a meet-and-confer by other

---

[1] Order of Reference – ECF No. 68. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Joint Letter Br. – ECF No. 67 at 5–6.

means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person (if counsel are local) and then submit a joint letter brief with information about any unresolved disputes. The letter brief must be filed under the Civil Events category of "Motions and Related Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the court will evaluate whether future proceedings are necessary, including any further briefing or argument.

Fourth, the court cannot tell whether the parties met and conferred for the dispute in this letter, assumes they did, and in any event orders this process going forward.

**IT IS SO ORDERED.**

Dated: June 13, 2019

_____
LAUREL BEELER
United States Magistrate Judge