| | |
|---|---|
| Danielle Evelyn Leonard (SBN 218201)<br>dleonard@altshulerberzon.com<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (310) 392-8801<br>Facsimile: (310) 278-5938 | Mark McKane (SBN 230552)<br>Mark.mckane@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 439-1400<br>Facsimile: (415) 439-1500 |
| J. Gerard Stranch, IV (admitted *pro hac vice*)<br>gerards@bsjfirm.com<br>Benjamin A. Gastel (admitted *pro hac vice*)<br>beng@bsjfirm.com<br>BRANSTETTER, STRANCH & JENNINGS, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Telephone: (615) 254-8801<br>Facsimile: (615) 255-5419 | Gregg F. LoCascio, P.C. (admitted *pro hac vice*)<br>gregg.locascio@kirkland.com<br>Anders Fjellstedt (admitted *pro hac vice*)<br>anders.fjellstedt@kirkland.com<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200 |
| *Attorneys for Plaintiff*<br>*Crystal Kao and Nina Barwick, individually and on behalf of herself and all others similarly situated* | *Attorneys for Defendant*<br>*Abbott Laboratories, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CRYSTAL KAO and NINA BARWICK, individually and on behalf of themselves and all other similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ABBOTT LABORATORIES, INC. an Illinois corporation d/b/a Abbott Nutrition,<br><br>    Defendant. | CASE NO. 3:17-CV-02790<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Crystal Kao and Nina Barwick by and through their counsel, seek to and hereby voluntarily dismiss WITH PREJUDICE all claims asserted by Plaintiffs in the above-captioned matter. Defendant Abbott Laboratories, Inc. stipulates to Plaintiffs' voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney's fees.

| | | |
|---|---|---|
| 1 | DATED: June 17, 2019 | */s/ Benjamin A. Gastel* |
| 2 | | Danielle Evelyn Leonard (SBN 218201) |
| | | dleonard@altshulerberzon.com |
| 3 | | ALTSHULER BERZON LLP |
| | | 177 Post Street, Suite 300 |
| 4 | | San Francisco, CA 94108 |
| | | Telephone: (310) 392-8801 |
| 5 | | Facsimile: (310) 278-5938 |

J. Gerard Stranch, IV (admitted *pro hac vice*)
gerards@bsjfirm.com
Benjamin A. Gastel (admitted *pro hac vice*)
beng@bsjfirm.com
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419

*Attorneys for Plaintiff*
*Crystal Kao and Nina Barwick, individually and on behalf of herself and all others similarly situated*

DATED: June 17, 2019              */s/ Anders P. Fjellstedt*
Gregg F. LoCascio, P.C. (admitted *pro hac vice*)
gregg.locascio@kirkland.com
Anders Fjellstedt (admitted *pro hac vice*)
anders.fjellstedt@kirkland.com
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW
Washington, D.C. 20004
Telephone: (202) 389-5000
Fax: (202) 389-5200

Mark McKane (SBN 230552)
mark.mckane@kirkland.com
Kirkland & Ellis LLP
555 California Street
San Francisco, California  94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant*
*Abbott Laboratories, Inc.*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: June 17, 2019                               */s/ Benjamin A. Gastel*
                                                    Benjamin A. Gastel